# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| LATRESE MORGAN, | ) | CASE NO.:  4:04CV804 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| COUNTY OF TRUMBULL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter comes before the Court on motion by the Plaintiff for partial summary judgment and motion by the Defendants for summary judgment on all claims made in the Complaint.  For reasons which will be stated in a forthcoming order, the Court finds that Plaintiff's motion is not well-taken and is therefore DENIED and Defendants' motion is well-taken and is therefore GRANTED.  Based on this, the Court hereby dismisses all claims made in Plaintiff's Complaint.  The trial scheduled for September 12, 2004 is CANCELLED.

So ordered.

*s/ Judge John R. Adams* 9/6/05
JUDGE JOHN R. ADAMS
UNITED STATES DISTRICT COURT